UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **J-LIFT, INC., WADE NEAL, and KYLE MYERS,** | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. **3:21-CV-000174-L** |
| **INTERSTATE BATTERY SYSTEM INTERNATIONAL, INC., and POWERCARE AND SERVICE SOLUTIONS, INC.,** | § § § § § § | |
| Defendants. | § § | |

## **JUDGMENT**

The court issues this judgment pursuant to its Memorandum Opinion and Order (Doc. 82) issued on August 29, 2022, and its Order entered on October 5, 2022. It is therefore, **ordered, adjudged,** and **decreed** that Plaintiffs Wade Neal and Kyle Myers' claims are **dismissed without prejudice**. It is further **ordered, adjudged, and decreed**, pursuant to the Federal Rule of Civil Procedure 54(b), that the court expressly determines that there is no just reason to delay the entry of judgment as to Plaintiffs Wade Neal and Kyle Myers, and the **directs** the clerk of court to enter this judgment as a final judgment regarding their claims.

**Signed** this 5th day of October, 2022.

_Sam A. Lindsay_
Sam A. Lindsay
United States District Judge

**Judgment – Solo Page**